IT IS SO ORDERED
Judge Edward J. Davila
8/26/2016

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

L. JULIUS M. TURMAN (SBN:226126)
jturman@reedsmith.com
ERIC M. WALDER (SBN:307546)
ewalder@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415)543-8700, Facsimile: (415)391-8269
Attorneys for Defendant
Casual Male Store, LLC

STUART K. TUBIS
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHEL, LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3824
Telephone: (415)984-9622
Facsimile: (415)398-5584
Attorneys for Defendant
James K. Sampson and Barbara L. Sampson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JAMES K. SAMPSON, in his individual and representative capacity as trustee;<br>BARBARA L. SAMPSON, in her individual and representative capacity as trustee;<br>CASUAL MALE STORE, LLC; and Does 1-10,<br><br>　　　　Defendants, | Case: 5:16-CV-02275-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 24, 2016          CENTER FOR DISABILITY ACCESS

                                By:  /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff


Dated: August 24, 2016          REED SMITH LLP

                                By:  /s/ L. Julius M. Turman
                                     L. Julius M. Turman
                                     Eric M. Walder
                                     Attorneys for Defendant
                                     Casual Male Store, LLC

Dated: August 24, 2016          JEFFER MANGELS BUTLER &
                                 MITCHEL, LLP

                                By:  /s/ Stuart K. Tubis
                                     Stuart K. Tubis
                                     Attorneys for Defendant
                                     James K. Sampson and Barbara
                                     L. Sampson

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to L. Julius M. Turman and Stuart K. Tubis , counsel for Casual Male Store, LLC and James K. Sampson and Barbara L. Sampson respectively, and that I have obtained Mr. Turman's and Mr.Tubis authorization to affix their electronic signature to this document.

Dated: August 24, 2016          CENTER FOR DISABILITY ACCESS

                                By:  /s/ Phyl grace
                                     Phyl Grace
                                     Attorneys for Plaintiff